**Matthew B. Crane** (UTB# 13909)
Ford & Crane PLLC
6605 S. Redwood Rd., Suite 101
Salt Lake City, Utah 84123
Telephone: (801) 331-8668
Email: matthew.crane@fordcranelaw.com
*Attorney for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT,
## IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| LINDA SUDA, | NOTICE OF VOLUNTARY DISMISSAL |
| Plaintiff, | |
| vs. | Case No. 2:19-CV-938-DAO |
| ROYAL SOUTHSEA RESTAURANT INC., a Utah Corporation, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X. | Magistrate Daphne A. Oberg |
| Defendants. | |

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Linda Suda, by and through undersigned counsel, voluntarily dismisses this action as to all Defendants, without prejudice to refiling. As of the date of this notice, no answer to the Complaint nor motion for summary judgment has been filed.

DATED this 12th day of June, 2020.

FORD & CRANE PLLC

/s/ Matthew B. Crane
Matthew B. Crane (UTB# 13909)
*Attorney for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify that on the 12th day of June, 2020, I caused a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL to be filed with the Court electronically, which caused notice to be served upon all e-filing counsel of record via the Court's notice of electronic filing [NEF].

I further certify that I caused a true and correct copy to be served upon Defendant via First Class Mail, postage prepaid, at the address listed below:

> Royal Southsea Restaurant, Inc.
> Vatchara Kumpoomee (registered agent)
> 7444 South State Street
> Midvale, UT 84047

/s/ Matthew B. Crane